**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:

**CASE NO.: 17-50846**

**RICKMAN C. PRICE**
**DAN L. PRICE**

**CHAPTER 12**

**DEBTOR-IN-POSSESSION**

**CERTIFICATE OF SERVICE OF PLAN**

      I certify that on the date shown below I mailed a copy of the Debtors' Chapter 12 Plan of Reorganization filed of record on 7/13/17, to all creditors of the Debtors at their addresses as shown in the schedules accompanying the Debtors' petition.

Date plan forwarded
to parties: 7/13/17

      /s/ Matthew T. Sanning
      **MATTHEW SANNING (87035)**