**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE:

                                                        CASE NO.: 17-50846

**RICKMAN C. PRICE**
**DANA L. PRICE**

                                                        **CHAPTER 12**

**DEBTOR-IN-POSSESSION**

---

**NOTICE OF CONTINUED 341 HEARING**

All interested parties take notice that the 341 hearing of the above referenced Debtors will be held at the Room 100 East Vine Street, Lexington Kentucky, Room 529 on the 20th day of June 2017 at the hour of 2:00 p.m.

                                      Respectfully submitted,

                                      /s/ Matthew T. Sanning_____
                                      MATTHEW T. SANNING, Counsel for Debtors
                                      224 Main Street
                                      Augusta, Kentucky  41002
                                      (606) 756-2066
                                      Facsimile:  (606) 756-2207
                                      mattsanning@windstreaml.net

                                CERTIFICATION OF SERVICE

       The undersigned hereby certifies that on this 24TH day of May, 2017, a copy of the foregoing was served either by regular U.S. mail, postage prepaid, or through electronic service, where possible, upon the following:

United States Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507

Hon. James D. Lyon

and to all parties as listed on the Debtors' matrix.

                                                              /s/Matthew T. Sanning_____
                                                             MATTHEW T. SANNING