**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

**IN RE:**

**CASE NO.: 17-50846**

**RICKMAN C. PRICE**
**DAN L. PRICE**

**CHAPTER 12**

**DEBTOR-IN-POSSESSION**

---

**NOTICE OF CONFIRMATION HEARING ON DEBTORS'**
**CHAPTER 12 PLAN OF REORGANIZATION DATED 7/13/17**

---

The Debtors, by and through Counsel, and pursuant to KYEB LBR 3090 hereby notice all interested parties that the confirmation hearing on the Debtors' Chapter 12 Plan of Reorganization Dated 7/13/17 will come on for hearing before the United States Bankruptcy Court for the Eastern District of Kentucky at the US Bankruptcy Court, 100 East Vine Street, Lexington Kentucky, 2nd Fl., on the 17th day of August, 2017 at the hour of 9:00 a.m.

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was forwarded electronically on this the 13th day of July 2017 to the following by the indicated method:

Electronically to:

The Hon. James Lyon, Trustee

United States Trustee
100 E. Vine Street
Suite 500
Lexington, KY 40507

By regular first class mail, postage pre-paid to:

All creditors listed on the matrix

/s/ Matthew T. Sanning